

# MANDATE
# The Fourteenth Court of Appeals
NO. 14-13-00509-CV

Enzo Investments, LP, Appellant

v.

Charles White, Appellee

Appealed from the 152nd District Court of Harris County. (Tr. Ct. No. 2009-08290). Opinion delivered by Justice Christopher. Justices Donovan and Wise also participating.

Charles White, Cross-Appellant

v.

Enzo Investments, LP; IP Investments, LLC; and IP Real Estate, LLC, Cross-Appellees

**TO THE 152ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on May 12, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment signed March 14, 2013 in favor of appellee/cross-appellant Charles White, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the portion of the trial court's judgment awarding White attorney's fees; **AFFIRM** the remainder of the trial court's judgment, and **REMAND** the cause for relitigation solely on the issue of attorney's fees in accordance with the

court's opinion. If, however, White files in this Court a remittitur of $168,375.00 within fifteen days after the issuance of our opinion, we instead will modify the trial court's judgment to reduce the award of attorney's fees to $209,192.50 and affirm the trial court's judgment as modified.

We further order that all costs incurred by reason of this appeal be paid by appellee/cross-appellant Charles White.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, October 29, 2015.

CHRISTOPHER A. PRINE, CLERK